B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–00255**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Latonia Daily
   2293 Pebble Stone Pl.
   Bolingbrook, IL 60490

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6527

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>May 27, 2014</u>              <u>Jeffrey P. Allsteadt, Clerk</u>
                                     United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 14-00255-BWB
Latonia Daily                                                 Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin              Page 1 of 1          Date Rcvd: May 27, 2014
                               Form ID: b18             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2014.
db           +Latonia Daily,    2293 Pebble Stone Pl.,   Bolingbrook, IL 60490-5062
21388859     +Bank of America,    Attn: Cor. Unit/CA6-919-02-41,   Po Box 5170,   Simi Valley, CA 93062-5170
21388861      Citizen's Financial,    PO Box 739,   Dubuque, IA 52004-0739
21388865     +Merchants Cr,    223 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60606-6974
21394222     +PATRIOT PLACE CONDOMINIUM ASSOC,    ATTN JAMES ARRIGO,    305 W BRIARCLIFF ROAD, SUITE 201,
               BOLINGBROOK, IL 60440-2845
21388866     +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QPNMETROU.COM May 28 2014 00:43:00      Peter N Metrou,   Metrou & Associates PC,
                123 W Washington St Suite 216,    Oswego, IL 60543-1049
21388860     +EDI: CAPITALONE.COM May 28 2014 00:43:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
                Po Box 30285,    Salt Lake City, UT 84130-0285
21388862     +EDI: CMIGROUP.COM May 28 2014 00:43:00      Credit Management Lp,   4200 International Pkwy,
                Carrollton, TX 75007-1912
21388863     +E-mail/Text: bknotice@erccollections.com May 28 2014 01:02:32      Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
21388864     +EDI: AMINFOFP.COM May 28 2014 00:38:00      First Premier Bank,   3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21394223*    +US DEPT OF ED/GLELSI,    PO BOX 7860,   MADISON, WI 53707-7860
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2014 at the address(es) listed below:
              Ben L Schneider    on behalf of Debtor Latonia  Daily ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```